

**BEVERLY CRUMLEY** HAYS COUNTY DISTRICT CLERK

Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

**FILED**

*March 20, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

To:     Jeffrey D. Kyle
        Clerk, Court of Appeals
        Third District of Texas
        P. O. Box 12547
        Austin, Texas  78711-2547
        via e-mail

Re:     Appellate Court #03-13-00707-CR
        TC Cause # CR-12-0740
        Style:  State of Texas vs. Bruce Felder

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on March 9, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
    Kathy Orlowski, Deputy